# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWRENCE JOVAN WALKER,

      Plaintiff,

      v.

PHILADELPHIA HOUSING
AUTHORITY AND OFFICER JOHN
DOE,

      Defendants.

CIVIL ACTION

No. 08-5592

## ORDER

**AND NOW**, this _23_ day of September, 2009, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that plaintiff Lawrence Walker's motion for an extension of time to file his response (Docket No. 14) is **GRANTED**.

With regard to the motion of defendants Philadelphia Housing Authority and Officer John Doe to dismiss plaintiff's complaint, (Docket No. 7), defendants' motion is:

**GRANTED** with respect to Counts I and II as against the Philadelphia Housing Authority, and with respect to Count II as against Officer Doe; and

**DENIED** with respect to Count I as against Officer Doe. This count remains against Officer Doe in his personal capacity.

BY THE COURT:

Pollak, J.

8