# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE JOVAN WALKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHILADELPHIA HOUSING AUTHORITY AND OFFICER JOHN DOE,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>No. 08-5592 |

## ORDER

July 19, 2010

**AND NOW**, this 19th day of July, 2010, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motion for summary judgment filed by the defendants, Philadelphia Housing Authority and Officer John Doe (Docket No. 21) is **GRANTED.**

BY THE COURT:

___/s/lhp_____

Pollak, J.